NO. 07-01-0464-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 12, 2002

______________________________

MICHAEL LEE MARTIN,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF POTTER COUNTY;

NO. 12,875-B; HON. JOHN BOARD, PRESIDING

_______________________________

Before Boyd, C.J., Quinn and Reavis, J.J.

Michael Lee Martin appealed his conviction for indecency with a child.  Prior thereto and within the time allotted for doing so, he also moved for a new trial.  Furthermore, within 75 days of the day sentence was imposed, the trial court granted same.  This resulted in the cause being restored to its position before
 former trial, 
Tex. R. App. P.
 21.9, and, we have no jurisdiction over the appeal.  
Waller v. State
, 931 S.W.2d 640, 643-44 (Tex. App.–Dallas 1996, no writ).  

Consequently, the appeal is dismissed for want of jurisdiction.

Brian Quinn

   Justice

Do not publish.